**Fill in this information to identify the case:**

Debtor name: Shoe Shields LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number (If known): 19-30166-11

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Albert<br>102 W, 38th Street<br>New York, NY, 10018 | Ariel Suissa | Suppliers or Vendors | | | | 21,786.00 |
| 2 | Kennington Commercial<br>4514 Travis Street<br>Dallas, TX, 75205 | Betsy McCann<br>214.599.9139 | Suppliers or Vendors | | | | 4,431.00 |
| 3 | Bank of America<br>P.O. Box 25118<br>Tampa, FL, 33622 | Legal Department | Overdrawn Bank Account | | | | 1,878.00 |
| 4 | Roof Pros<br>4950 Keller Springs Ste 420<br>Addison, TX, 75001 | Nick Partain<br>4692718809 | Suppliers or Vendors | | | | 0.00 |
| 5 | State of Texas Comptroller<br>111 Easst 17th Street,<br>Austin, TX, 78774 | | | | | | 0.00 |
| 6 | Sum Digital, Inc.<br>240 2nd Street<br>San Francisco, CA, 94105 | Joey Muller<br>415.673.3220 | Suppliers or Vendors | | | | 0.00 |
| 7 | Paypal Inc<br>12312 Port Grace Boulevard<br>LaVista, NE, 61828 | Legal Department<br>888.221.1161 | Suppliers or Vendors | | | | 0.00 |
| 8 | Veritiv<br>PO Box 849089<br>Dallas, TX, 75284 | Marisabel Andaraus<br>8772981277 | Suppliers or Vendors | | | | 0.00 |

Debtor   Shoe Shields LLC
         _Name_

Case number *(if known)* 19-30166-11

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9  DHL  2700 S. Commerce Parkway Suite 300, €Weston FL 33331  Fort Lauderdale, FL, 33331 | | | | | | 0.00 |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2